UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| DHL PROJECT & CHARTERING LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO. _____ |
| NEWLEAD HOLDINGS LTD., NEWLEAD SHIPPING S.A., NEWLEAD BULKERS S.A. NEWLEAD CASTELLANO LTD., GRAND VENETICO INC., NEWLEAD VENETICO LTD. | ) ) ) ) ) ) ) | CV416-123 |
| Defendants. | ) ) ) | |

## DHL PROJECT & CHARTERING LIMITED'S
## CERTIFICATE OF INTERESTED PERSONS

COMES NOW, DHL Project & Chartering Limited, ("DHL" or "Plaintiff"), by and through its undersigned counsel of record, hereby respectfully submits its Certificate of Interested Persons, and shows the Honorable Court as follows:

The undersigned counsel of record for Plaintiff, certifies that the following is a full and complete list of the parties in this action:

| | |
|---|---|
| DHL Project & Chartering Limited | Plaintiff |
| Newlead Holdings Ltd. | Defendant |
| Newlead Shipping S.A. | Defendant |
| Newlead Bulkers S.A. | Defendant |
| Newlead Castellano Ltd. | Defendant |

| | |
|---|---|
| Grand Venetico Inc. | Defendant |
| Newlead Venetico Ltd. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above identified parties:

| | |
|---|---|
| DHL Project & Chartering Limited | Plaintiff |
|     Leung Kai Yuen | |
|     So Yiu Pun Banny | |
| Newlead Holdings Ltd. | Defendant |
|     Michael S. Zolotas | |
|     Antonio Bertsos | |
|     Spyros Gianniotis | |
|     Sae Jung Oh | |
|     Panagiotis Skiadas | |

The undersigned further certifies that the following is full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or any other interest which could be substantially affected by the outcome of this case (including a relationship as a parent or holding company or similar relationship):

Deutsche Post Beteiligungen Holding GmbH

Deutsche Post International BV (DPI)

The following corporations have a corporate relationship with Plaintiff and may have a financial interest in this case:

Deutsche Post Beteiligungen Holding GmbH

Deutsche Post International BV (DPI)

2

#46294943_v1

Dated: May 25th, 2016

BRENNAN WASDEN & PAINTER LLC

By: /s/ William E. Dillard
William E. Dillard
State Bar No. 222030
Travis D. Windsor
State Bar No. 770441
P.O. Box 8047
Savannah, Georgia 31412
(912) 232-6700
FAX (912) 232-0799
bdillard@brennanwasden.com
twindsor@brennanwasden.com

*Attorneys for Plaintiff DHL Project & Chartering Limited*

HOLLAND & KNIGHT LLP

By: /s/ James H Power
James H. Power (*pro hac vice* forthcoming)
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010
Email: james.power@hklaw.com

*Attorneys for Plaintiff DHL Project & Chartering Limited*

#46294943_v1