# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV
2016 MAY 25  PM 3:28
SO. DIST. OF GA.

DHL PROJECT & CHARTERING LIMITED
   Plaintiff

v. NEWLEAD HOLDINGS LTD., ET.AL.,
   Defendant

Case No. **CV 416-123**

Appearing on behalf of: _____
Plaintiff
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __James H. Power__ hereby requests permission to appear pro hac vice in the subject case filed in the __Savannah__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Southern District of New York__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __William E. Dillard__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __25th__ day of __May__, __2016__.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __William E. Dillard__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.
This __25th__ day of __May__, __2016__.

| | |
|---|---|
| 222030 | _____ |
| Georgia Bar Number | Signature of Local Counsel |
| (912) 232-6700 | Brennan Wasden & Painter, LLC — (Law Firm) |
| Business Telephone | 411 E. Liberty Street — (Business Address) |
| | Savannah, GA 31401 — (City, State, Zip) |
| | PO Box 8047 — (Mailing Address) |
| | Savannah, GA 31412 — (Email Address) |

# United States District Court

## *Southern District of Georgia*

DHL PROJECT & CHARTERING LIMITED

_____
Plaintiff

v.

NEWLEAD HOLDINGS LTD., ET.AL.,

_____
Defendant

Case No. _____

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | James H. Power |
| Business Address: | HOLLAND & KNIGHT LLP |
| | Firm/Business Name |
| | 31 West 52nd Street |
| | Street Address |
| | New York     NY     10019 |
| | Street Address (con't)   City   State   Zip |
| | N/A |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (212) 523-3200 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | james.power@hklaw.com |

## JAMES H. POWER

## LIST OF CASES APPEARING AS COUNSEL IN THE SOUTHERN DISTRICT OF GEORGIA

None

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, Ruby J. Krajick, Clerk of this Court, certify that

_____**JAMES H. POWER**_____ , Bar # ____**JP9433**____

was duly admitted to practice in this Court on

____**MAY 28th, 1999**____ , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York      on      **MAY 25th, 2016**

Ruby J. Krajick      by      _____
Clerk                              Deputy Clerk