# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DHL PROJECT & CHARTERING LIMITED,)
)
     Plaintiffs,          )
)    Case No.  CV416-123
v.                                    )
)
NEWLEAD HOLDINGS LTD. et al.,    )
)
     Defendants.        )

## O R D E R

The Court having reviewed and considered the petition of James H. Power of the law firm of Holland & Knight LLP, 31 West 52nd Street, New York, New York 10019, for permission to appear pro hac vice on behalf of plaintiff DHL Project & Chartering Limited, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter James H. Power as counsel of record for plaintiff DHL Project & Chartering Limited, in this case.

**SO ORDERED** this __9th__ day of June, 2016.

                                                            /s/ G.R. Smith
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    SOUTHERN DISTRICT OF GEORGIA